IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **MYMAIL, LTD.,** § | | |
| § | | |
| *Plaintiff,* § | C.A. No. 2:16-cv-01434-JRG-RSP | |
| § | | |
| v. § | **Jury Trial Demanded** | |
| § | | |
| **IAC SEARCH & MEDIA, INC.,** § | **LEAD CASE** | |
| § | | |
| *Defendant.* § | | |

**JOINT MOTION FOR ENTRY OF**
**FIRST AMENDED DOCKET CONTROL ORDER**

Plaintiff MyMail, Ltd. and Defendants IAC Search & Media, Inc., Comcast Cable Communications, LLC, and ooVoo, LLC file this Joint Motion to Amend the Court's Docket Control Order dated April 11, 2017 (Dkt. 44), and in support thereof would show the Court as follows:

The Parties seek a First Amended Docket Control Order from the Court which amends the deadline to comply with Local Patent Rules 3-3 and 3-4 (invalidity contentions) from May 8, 2017 to May 22, 2017. All other dates in the Docket Control Order remain the same. The relief requested in this motion is not for purposes of delay but to further the goals of the procedures of the Court and so that justice may be served.

For the foregoing reason, the Parties respectfully request that the Court enter the agreed upon First Amended Docket Control Order attached hereto as Exhibit A.

Dated:  May 1, 2017                                    Respectfully submitted,

By: */s/ Michael D. Ricketss*                          By: */s/ T. Cy Walker*
    Eric W. Buether                                     Melissa R. Smith
    State Bar No. 03316880                               State Bar No. 24001351
    Eric.Buether@BJCIPLaw.com                            **GILLAM & SMITH, LLP**
    Christopher M. Joe                                   303 South Washington Avenue
    State Bar No. 00787770                               Marshall, Texas  75670
    Chris.Joe@BJCIPLaw.com                               Telephone:     (903) 934-8450
    Brian A. Carpenter                                   Facsimile:      (903) 934-9257
    State Bar No. 03840600                               Melissa@gillamsmithlaw.com
    Brian.Carpenter@BJCIPLaw.com
    Michael D. Ricketts                                  T. Cy Walker
    State Bar No. 24079208                               Robert L. Hails, Jr.
    Mickey.Ricketts@BJCIPLaw.com                         **BAKER & HOSTETLER, LLP**
    **BUETHER JOE & CARPENTER, LLC**                     Washington Square
    1700 Pacific Avenue                                  1050 Connecticut Ave., N.W.
    Suite 4750                                           Suite 1100
    Dallas, Texas 75201                                  Washington, D.C. 20036-5304
    Telephone:     (214) 730-5653                        Telephone:     (202) 861-1500
    Facsimile:      (214) 730-4698                       Facsimile:      (202) 861-1783
                                                         cwalker@bakerlaw.com
    **ATTORNEYS FOR PLAINTIFF**                          rhails@bakerlaw.com
    **MYMAIL, LTD.**
                                                         Jared A. Brandyberry
                                                         **BAKER & HOSTETLER, LLP**
                                                         1801 California Street, Suite 4400
                                                         Denver, Colorado  80202-2662
                                                         Telephone:     (303) 764-4072
                                                         Facsimile:      (303) 861-7805
                                                         jbrandyberry@bakerlaw.com

                                                         **ATTORNEYS FOR DEFENDANT**
                                                         **IAC SEARCH & MEDIA, INC.**

By: */s/ Nick Schuneman*
David B. Weaver TBN 00798576)
Christopher V. Ryan (TBN 24037412)
Nick Schuneman (TBN 24056283)
Syed Kamil Fareed (TBN 24065216)
Bailey Morgan (TBN 24102244)
**BAKER BOTTS L.L.P.**
98 San Jacinto Blvd., Suite 1500
Austin, Texas  78701-4078
Telephone:     (512) 322-2500
Facsimile:      (512) 322-2501
david.weaver@bakerbotts.com
chris.ryan@bakerbotts.com
nick.schuneman@bakerbotts.com
syed.fareed@bakerbotts.com
bailey.morgan@bakerbotts.com

Deron R. Dacus
Texas Bar No. 00790553
**THE DACUS FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, Texas  75701
Telephone:     (903) 705-1117
Facsimile:      (903) 581-2543
ddacus@dacusfirm.com

**ATTORNEY FOR DEFENDANT
COMCAST CABLE COMMUNICATIONS,
LLC**

By: */s/ T. Cy Walker*
Melissa R. Smith
State Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas  75670
Telephone:     (903) 934-8450
Facsimile:      (903) 934-9257
melissa@gillamsmithlaw.com

T. Cy Walker
Robert L. Hails, Jr.
**BAKER & HOSTETLER, LLP**
Washington Square
1050 Connecticut Ave., N.W.
Suite 1100
Washington, D.C. 20036-5304
Telephone:     (202) 861-1500
Facsimile:      (202) 861-1783
cwalker@bakerlaw.com
rhails@bakerlaw.com

Jared A. Brandyberry
**BAKER & HOSTETLER, LLP**
1801 California Street, Suite 4400
Denver, Colorado  80202-2662
Telephone:     (303) 764-4072
Facsimile:      (303) 861-7805
jbrandyberry@bakerlaw.com

**ATTORNEYS FOR DEFENDANT
OOVOO, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a) on this 1st day of May, 2017.

*/s/ Melissa R. Smith*