CASREF,JURY,MEDIATION,PATENT/TRADEMARK,PROTECTIVE−ORDER

# U.S. District Court [LIVE]
# Eastern District of TEXAS (Marshall)
# CIVIL DOCKET FOR CASE #: 2:16−cv−01434−JRG−RSP

| | |
|---|---|
| MyMail, Ltd. v. IAC Search & Media, Inc. | Date Filed: 12/20/2016 |
| Assigned to: Judge Rodney Gilstrap | Jury Demand: Both |
| Referred to: Magistrate Judge Roy S. Payne | Nature of Suit: 830 Patent |
| Related Cases: 2:13−cv−00961−JRG−RSP | Jurisdiction: Federal Question |
| 2:16−cv−00889−JRG−RSP | |
| 2:16−cv−01000−JRG−RSP | |
| 2:16−cv−01280−JRG−RSP | |
| 2:16−cv−01281−JRG−RSP | |

Cause: 28:1338 Patent Infringement

**Mediator**

**Jeff Kaplan**
JAMS Inc
8401 N Central Expressway Suite 610
Dallas, TX 75225
*jkaplan@jamsadr.com*

**Mediator**

**William Joseph Cornelius**
Wilson Robertson & Cornelius PC
909 ESE Loop 323
Suite 400
P.O. Box 7339
Tyler, TX 75711−7339
903−509−5004
*wc@wilsonlawfirm.com; 2:16cv1281 and 2:16cv1282*

**Plaintiff**

**MyMail, Ltd.**                               represented by   **Christopher Michael Joe**
Buether Joe & Carpenter, LLC
1700 Pacific Avenue
Suite 4750
Dallas, TX 75201
(214) 466−1272
Fax: (214) 635−1828
Email: Chris.Joe@bjciplaw.com
*ATTORNEY TO BE NOTICED*

**Mark Davin Perantie**
Buether Joe & Carpenter, LLC
1700 Pacific Avenue
Suite 4750
Dallas, TX 75201
214−367−6000

|  |  |  |
|--|--|--|
|  |  | Fax: 214−367−6001<br>Email: mark.perantie@klemchuk.com<br>*TERMINATED: 02/01/2017* |
|  |  | **Michael David Ricketts**<br>Buether Joe & Carpenter, LLC<br>1700 Pacific Avenue<br>Suite 4750<br>Dallas, TX 75201<br>214−730−5653<br>Fax: 214−635−1842<br>Email: mickey.ricketts@bjciplaw.com<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Eric William Buether**<br>Buether Joe & Carpenter, LLC<br>1700 Pacific Avenue<br>Suite 4750<br>Dallas, TX 75201<br>214−466−1271<br>Fax: 214−635−1827<br>Email: eric.buether@bjciplaw.com<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|--|--|--|
| **IAC Search & Media, Inc.** | represented by | **T Cy Walker**<br>Baker Hostetler LLP<br>1050 Conneticut Avenue, NW<br>Suite 1100<br>Washington, DC 20036<br>202−861−1688<br>Fax: 202−861−1783<br>Email: cwalker@bakerlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Jared A Brandyberry**<br>Baker & Hostetler LLP − Denver<br>1801 California Street<br>Ste 4400<br>Denver, CO 80202<br>303.764.4072<br>Fax: 303.861.7805<br>Email: jbrandyberry@bakerlaw.com<br>*ATTORNEY TO BE NOTICED* |
| | | **Melissa Richards Smith**<br>Gillam & Smith, LLP<br>303 South Washington Avenue<br>Marshall, TX 75670<br>903/934−8450 |

|  |  |
|---|---|
|  | Fax: 903/934–9257<br>Email: melissa@gillamsmithlaw.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Robert Louis Hails , Jr.**<br>Baker Hostetler LLP<br>1050 Conneticut Avenue, NW<br>Suite 1100<br>Washington, DC 20036<br>202861–1692<br>Fax: 202–861–1783<br>Email: rhails@bakerlaw.com<br>*ATTORNEY TO BE NOTICED* |

V.

**Consol Defendant**

| | | |
|---|---|---|
| **Comcast Cable Communications, LLC**<br>*Consolidated Civil Action 2:16cv1280;*<br>*Deconsolidated per Order [70]*<br>*TERMINATED: 07/12/2017* | represented by | **David B Weaver**<br>Baker Botts LLP – Austin<br>98 San Jacinto Blvd<br>Suite 1500<br>Austin, TX 78701–4078<br>512–322–2588<br>Fax: 512–322–3688<br>Email: david.weaver@bakerbotts.com<br>*TERMINATED: 07/12/2017*<br>*LEAD ATTORNEY*<br><br>**Bailey P Morgan**<br>Baker Botts LLP – Austin<br>98 San Jacinto Blvd<br>Suite 1500<br>Austin, TX 78701–4078<br>512.322.2500<br>Fax: 512.322.2501<br>Email: bailey.morgan@bakerbotts.com<br>*TERMINATED: 07/12/2017*<br><br>**Christopher Ryan**<br>Baker & Botts L.L.P.<br>98 San Jacinto Blvd.<br>Suite 1500<br>Austin, TX 78701<br>512/322–2586<br>Fax: 512–322–3686<br>Email: chris.ryan@bakerbotts.com<br>*TERMINATED: 07/12/2017*<br><br>**Deron R Dacus**<br>The Dacus Firm, PC<br>821 ESE Loop 323<br>Suite 430<br>Tyler, TX 75701 |

903/705–1117
Fax: 903/581–2543
Email: ddacus@dacusfirm.com
*TERMINATED: 07/12/2017*

**Nicholas Alfred Schuneman**
Baker Botts LLP – Austin
98 San Jacinto Blvd
Suite 1500
Austin, TX 78701–4078
512/322–2500
Fax: 512–322–2501
Email: nick.schuneman@bakerbotts.com
*TERMINATED: 07/12/2017*

**Syed Kamil Fareed**
Baker Botts LLP – Austin
98 San Jacinto Blvd
Suite 1500
Austin, TX 78701–4078
512–322–2658
Fax: 512–322–3658
Email: syed.fareed@bakerbotts.com
*TERMINATED: 07/12/2017*

**Consol Defendant**

| | | |
|---|---|---|
| **ooVoo, LLC**<br>*Consolidated Civil Action 2:16cv1281;*<br>*Deconsolidated per Order [70]*<br>*TERMINATED: 07/12/2017* | represented by | **Jay Forrest Utley**<br>Baker & McKenzie<br>2001 Ross Ave<br>Suite 2300<br>Dallas, TX 75201<br>214/978–3036<br>Fax: 12149783099<br>Email: jay.utley@bakermckenzie.com<br>*TERMINATED: 03/03/2017*<br>*LEAD ATTORNEY* |

**T Cy Walker**
(See above for address)
*TERMINATED: 07/12/2017*
*LEAD ATTORNEY*

**Jared A Brandyberry**
(See above for address)
*TERMINATED: 07/12/2017*

**Melissa Richards Smith**
(See above for address)
*TERMINATED: 07/12/2017*

**Consol Defendant**

**Panda Distribution, Inc. d/b/a Panda**    represented by    **Donald Whitlow Bivens**
**Security USA**                                             Musick Peeler & Garrett LLP – San Diego

*Consolidated Civil Action 2:16cv1282*
*TERMINATED: 04/21/2017*

225 Broadway
Suite 1900
San Diego, CA 92126
619/525−2553
Fax: 619/231−1234
Email: w.bivens@mpglaw.com
*TERMINATED: 04/21/2017*
*PRO HAC VICE*

**Harry Lee Gillam , Jr**
Gillam & Smith, LLP
303 South Washington Avenue
Marshall, TX 75670
903−934−8450
Fax: 903−934−9257
Email: gil@gillamsmithlaw.com
*TERMINATED: 04/21/2017*

**Melissa Richards Smith**
(See above for address)
*TERMINATED: 04/21/2017*

**Consol Counter Claimant**

**ooVoo, LLC**
*Consolidated Civil Action 2:16cv1281;*
*Deconsolidated per Order [70]*
*TERMINATED: 07/12/2017*

represented by **Jay Forrest Utley**
(See above for address)
*TERMINATED: 03/03/2017*
*LEAD ATTORNEY*

**T Cy Walker**
(See above for address)
*TERMINATED: 07/12/2017*
*LEAD ATTORNEY*

**Consol Counter Claimant**

**Panda Distribution, Inc. d/b/a Panda Security USA**
*Consolidated Civil Action 2:16cv1282*
*TERMINATED: 04/21/2017*

represented by **Donald Whitlow Bivens**
(See above for address)
*TERMINATED: 04/21/2017*
*PRO HAC VICE*

**Consol Counter Defendant**

**MyMail, Ltd.**
*Consolidated Civil Action 2:16cv1281*

represented by **Brian Andrew Carpenter**
Buether Joe & Carpenter, LLC
1700 Pacific Avenue
Suite 4750
Dallas, TX 75201
214−466−1273
Fax: 214−635−1829
Email: brian.carpenter@BJCIPlaw.com
*ATTORNEY TO BE NOTICED*

**Christopher Michael Joe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Counter Defendant**

| | | |
|---|---|---|
| **MyMail, Ltd.**<br>*Consolidated Civil Action* | represented by | **Brian Andrew Carpenter**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Counter Claimant**

| | | |
|---|---|---|
| **IAC Search & Media, Inc.** | represented by | **T Cy Walker**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Melissa Richards Smith**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Robert Louis Hails , Jr.**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**Counter Defendant**

| | | |
|---|---|---|
| **MyMail, Ltd.** | represented by | **Christopher Michael Joe**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Mark Davin Perantie**<br>(See above for address)<br>*TERMINATED: 02/01/2017* |
| | | **Michael David Ricketts**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Eric William Buether**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 12/20/2016 | Ï 1 | COMPLAINT *FOR PATENT INFRINGEMENT* against IAC Search & Media, Inc. ( Filing fee $ 400 receipt number 0540−6080214.), filed by MyMail, Ltd.. (Attachments:<br># 1 Exhibit 1 – `863 Patent,<br># 2 Exhibit 2 – '070 Patent,<br># 3 Civil Cover Sheet)(Buether, Eric) (Entered: 12/20/2016) |
| 12/20/2016 | Ï 2 | CORPORATE DISCLOSURE STATEMENT filed by MyMail, Ltd. (Buether, Eric) (Entered: 12/20/2016) |
| 12/20/2016 | Ï 3 | Notice of Filing of Patent/Trademark Form (AO 120). AO 120 mailed to the Director of the U.S. Patent and Trademark Office. (Buether, Eric) (Entered: 12/20/2016) |

| | | |
|---|---|---|
| 12/20/2016 | 4 | NOTICE of Attorney Appearance by Christopher Michael Joe on behalf of MyMail, Ltd. (Joe, Christopher) (Entered: 12/20/2016) |
| 12/20/2016 | 5 | NOTICE of Attorney Appearance by Mark Davin Perantie on behalf of MyMail, Ltd. (Perantie, Mark) (Entered: 12/20/2016) |
| 12/20/2016 | 6 | NOTICE of Attorney Appearance by Michael David Ricketts on behalf of MyMail, Ltd. (Ricketts, Michael) (Entered: 12/20/2016) |
| 12/21/2016 | | Case Assigned to Judge Rodney Gilstrap. (nkl, ) (Entered: 12/21/2016) |
| 12/21/2016 | 7 | ORDER REFERRING CASE to Magistrate Judge Roy S. Payne. Signed by Judge Rodney Gilstrap on 12/21/2016. (nkl, ) (Entered: 12/21/2016) |
| 12/21/2016 | | In accordance with the provisions of 28 USC Section 636(c), you are hereby notified that a U.S. Magistrate Judge of this district court is available to conduct any or all proceedings in this case including a jury or non–jury trial and to order the entry of a final judgment. The form Consent to Proceed Before Magistrate Judge is available on our website. All signed consent forms, excluding pro se parties, should be filed electronically using the event *Notice Regarding Consent to Proceed Before Magistrate Judge*. (nkl, ) (Entered: 12/21/2016) |
| 12/21/2016 | 8 | SUMMONS Issued as to IAC Search & Media, Inc. c/o CT Corporation System, Registered Agent. (nkl, ) (Entered: 12/21/2016) |
| 12/30/2016 | 9 | SUMMONS Returned Executed by MyMail, Ltd.. IAC Search & Media, Inc. served on 12/23/2016, answer due 1/13/2017. (ch, ) (Entered: 12/30/2016) |
| 01/09/2017 | 10 | **FILED IN ERROR**<br><br>Unopposed MOTION for Extension of Time to File Answer re 1 Complaint, by IAC Search & Media, Inc.. (Walker, T) Modified on 1/10/2017 (nkl, ). (Entered: 01/09/2017) |
| 01/09/2017 | 11 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re IAC Search & Media, Inc.( Walker, T) (Entered: 01/09/2017) |
| 01/09/2017 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint is granted pursuant to Local Rule CV–12 for IAC Search & Media, Inc. to 2/13/2017. 30 Days Granted for Deadline Extension.( nkl, ) (Entered: 01/09/2017) |
| 01/09/2017 | | ORDER finding as moot 10 Motion for Extension of Time to Answer as a duplicate filing of 11 . Signed by Magistrate Judge Roy S. Payne on 1/9/2017. (rsp3, ) (Entered: 01/09/2017) |
| 01/10/2017 | | **\*\*\*FILED IN ERROR – was filed using the wrong docket event. Document # 10, Unopposed MOTION for Extension of Time to File Answer. PLEASE IGNORE.\*\*\***<br><br>(nkl, ) (Entered: 01/10/2017) |
| 01/31/2017 | 12 | Unopposed MOTION to Withdraw as Attorney by MyMail, Ltd.. (Attachments: # 1 Text of Proposed Order)(Perantie, Mark) (Entered: 01/31/2017) |
| 02/01/2017 | 13 | ORDER granting 12 Motion to Withdraw as Attorney. Attorney Mark Davin Perantie terminated. Signed by Magistrate Judge Roy S. Payne on 1/31/2017. (nkl, ) (Entered: 02/01/2017) |
| 02/13/2017 | 14 | NOTICE of Attorney Appearance by Robert Louis Hails, Jr on behalf of IAC Search & Media, Inc. (Hails, Robert) (Entered: 02/13/2017) |
| 02/13/2017 | 15 | NOTICE of Attorney Appearance by T Cy Walker on behalf of IAC Search & Media, Inc. (Walker, T) (Entered: 02/13/2017) |

| | | |
|---|---|---|
| 02/13/2017 | 16 | MOTION to Dismiss *for Improper Venue* by IAC Search & Media, Inc.. (Attachments: # 1 Text of Proposed Order)(Smith, Melissa) (Entered: 02/13/2017) |
| 02/13/2017 | 17 | ANSWER to 1 Complaint, , COUNTERCLAIM against MyMail, Ltd. by IAC Search & Media, Inc..(Smith, Melissa) (Entered: 02/13/2017) |
| 02/13/2017 | 18 | DEMAND for Trial by Jury by IAC Search & Media, Inc.. (Smith, Melissa) (Entered: 02/13/2017) |
| 02/13/2017 | 19 | CORPORATE DISCLOSURE STATEMENT filed by IAC Search & Media, Inc. identifying Other Affiliate IAC/InterActiveCorp for IAC Search & Media, Inc.. (Smith, Melissa) (Entered: 02/13/2017) |
| 02/13/2017 | 20 | RESPONSE in Opposition re 16 MOTION to Dismiss *for Improper Venue* filed by MyMail, Ltd.. (Attachments: # 1 Text of Proposed Order)(Ricketts, Michael) (Entered: 02/13/2017) |
| 02/14/2017 |  | In accordance with the provisions of 28 USC Section 636(c), you are hereby notified that a U.S. Magistrate Judge of this district court is available to conduct any or all proceedings in this case including a jury or non−jury trial and to order the entry of a final judgment. The form Consent to Proceed Before Magistrate Judge is available on our website. All signed consent forms, excluding pro se parties, should be filed electronically using the event *Notice Regarding Consent to Proceed Before Magistrate Judge*. (nkl, ) (Entered: 02/14/2017) |
| 02/23/2017 | 21 | CONSOLIDATION ORDER − The above−captioned cases are hereby ORDERED to be CONSOLIDATED for all pretrial issues (except venue) with the LEAD CASE, Cause No. 2:16−cv−01434. All parties are instructed to file any future filings (except relating to venue) in the LEAD CASE.. Signed by Judge Rodney Gilstrap on 2/23/2017. (nkl, ) (Entered: 02/23/2017) |
| 02/24/2017 | 22 | NOTICE of Attorney Appearance by Deron R Dacus on behalf of Comcast Cable Communications, LLC (Dacus, Deron) (Entered: 02/24/2017) |
| 02/28/2017 | 23 | NOTICE of Attorney Appearance by Jared A Brandyberry on behalf of IAC Search & Media, Inc., ooVoo, LLC (Brandyberry, Jared) (Entered: 02/28/2017) |
| 02/28/2017 | 24 | NOTICE by ooVoo, LLC *(Objections to Report and Recommendation on Motion to Dismiss [Dkt. 25 in Civil Action No. 2:16−cv−1281])* (Smith, Melissa) (Entered: 02/28/2017) |
| 03/02/2017 | 25 | RESPONSE to *Plaintiff MyMail, Ltd.'s Answer to Defendant Panda Distribution Inc. d/b/a Panda Security USA's Counterclaims (Dkt No. 18, C.A. No. 2:16−cv−01282−JRG−RSP)* by MyMail, Ltd.. (Buether, Eric) (Entered: 03/02/2017) |
| 03/06/2017 | 26 | ORDER − Scheduling Conference set for 3/27/2017 01:30 PM before Judge Rodney Gilstrap. Signed by Magistrate Judge Roy S. Payne on 3/3/2017. (ch, ) (Entered: 03/06/2017) |
| 03/06/2017 | 27 | RESPONSE to 17 Answer to Complaint, Counterclaim *Plaintiff's Answer to Defendant IAC Search & Media, Inc.'s Counterclaims* filed by MyMail, Ltd.. (Buether, Eric) (Entered: 03/06/2017) |
| 03/14/2017 | 28 | NOTICE of Attorney Appearance by Christopher Ryan on behalf of Comcast Cable Communications, LLC (Ryan, Christopher) (Entered: 03/14/2017) |
| 03/14/2017 | 29 | NOTICE of Attorney Appearance by Nicholas Alfred Schuneman on behalf of Comcast Cable Communications, LLC (Schuneman, Nicholas) (Entered: 03/14/2017) |
| 03/14/2017 | 30 | NOTICE of Attorney Appearance by Syed Kamil Fareed on behalf of Comcast Cable Communications, LLC (Fareed, Syed) (Entered: 03/14/2017) |
| 03/14/2017 | 31 | NOTICE of Attorney Appearance by Bailey P Morgan on behalf of Comcast Cable Communications, LLC (Morgan, Bailey) (Entered: 03/14/2017) |

| | | |
|---|---|---|
| 03/17/2017 | ï 32 | REPORT AND RECOMMENDATIONS re 16 MOTION to Dismiss *for Improper Venue* filed by IAC Search & Media, Inc. Recommending Motion to Dismiss be Denied. Signed by Magistrate Judge Roy S. Payne on 3/17/2017. (ch, ) (Entered: 03/17/2017) |
| 03/27/2017 | ï 33 | NOTICE of Attorney Appearance by Melissa Richards Smith on behalf of Panda Distribution, Inc. d/b/a Panda Security USA (Smith, Melissa) (Entered: 03/27/2017) |
| 03/27/2017 | ï | Minute Entry for proceedings held before Judge Rodney Gilstrap: Scheduling Conference held on 3/27/2017. Counsel for the parties appeared and were asked if they consented to a trial before the United States Magistrate Judge. The Court then gave Markman and Jury Selection dates; deadlines for submitting Mediator names (3 days); and deadlines for submitting Agreed Scheduling and Discovery Orders (14 days). (Court Reporter Tammy Goolsby) (jml) (Entered: 03/28/2017) |
| 03/30/2017 | ï 34 | NOTICE of Designation of Mediator, William Cornelius, filed by MyMail, Ltd.. re 26 Order, Set Deadlines/Hearings *Notice of Designation of Mediator by Plaintiff MyMail, Ltd. and Defendants IAC Search & Media, Inc., ooVoo, LLC. and Panda Distribution Inc. d/b/a Panda Security USA* (Ricketts, Michael) (Entered: 03/30/2017) |
| 03/30/2017 | ï 35 | NOTICE of Designation of Mediator, Judge Jeff Kaplan, filed by MyMail, Ltd.. re 26 Order, Set Deadlines/Hearings *Notice of Designation of Mediator by Plaintiff MyMail, Ltd. and Defendant Comcast Cable Communications, LLC* (Ricketts, Michael) (Entered: 03/30/2017) |
| 03/31/2017 | ï 36 | OBJECTION to 32 Report and Recommendations by IAC Search & Media, Inc.. (Smith, Melissa) (Entered: 03/31/2017) |
| 03/31/2017 | ï 37 | RESPONSE to 36 Objection to Report and Recommendations, 32 Report and Recommendations *Plaintiff's Response to Defendant IAC Search & Media, Inc.'s Objections to Report and Recommendations filed by MyMail, Ltd.*. (Buether, Eric) (Entered: 03/31/2017) |
| 04/04/2017 | ï 38 | ORDER REFERRING CASE to Mediator. Hon. Jeff Kaplan (Ret.) of JAMS is hereby appointed as mediator in the above referenced case. Signed by Magistrate Judge Roy S. Payne on 04/04/2017. (nkl, ) (Entered: 04/05/2017) |
| 04/04/2017 | ï 39 | ORDER REFERRING CASE to Mediator. William Cornelius is hereby appointed as mediator in the above referenced case. Signed by Magistrate Judge Roy S. Payne on 04/04/2017. (nkl, ) (Entered: 04/05/2017) |
| 04/10/2017 | ï 40 | **FILED IN ERROR**<br><br>Submission of Proposed Agreed Docket Control/Scheduling order by MyMail, Ltd. *Joint Motion for Entry of Proposed Docket Control Order*. (Attachments:<br># 1 Exhibit Proposed Docket Control Order)(Ricketts, Michael) Modified on 4/11/2017 (nkl, ). (Entered: 04/10/2017) |
| 04/10/2017 | ï 41 | Joint MOTION for Extension of Time to File *Proposed Discovery Order* by MyMail, Ltd.. (Attachments:<br># 1 Text of Proposed Order)(Ricketts, Michael) (Entered: 04/10/2017) |
| 04/11/2017 | ï 42 | Joint MOTION Entry of Proposed Docket Control Order re 26 Order, Set Deadlines/Hearings by MyMail, Ltd.. (Attachments:<br># 1 Text of Proposed Order (Proposed Docket Control Order))(Ricketts, Michael) (Entered: 04/11/2017) |
| 04/11/2017 | ï | ***FILED IN ERROR – was filed using the wrong docket event. Document # 40, Submission of Proposed Agreed Docket Control/Scheduling order. PLEASE IGNORE.***<br><br>(nkl, ) (Entered: 04/11/2017) |

| | | |
|---|---|---|
| 04/11/2017 | 44 | DOCKET CONTROL ORDER granting 42 Joint MOTION Entry of Proposed Docket Control Order re 26 Order, Set Deadlines/Hearings filed by MyMail, Ltd.., Pretrial Conference set for 8/1/2018 09:00 AM before Magistrate Judge Roy S. Payne., Amended Pleadings due by 11/14/2017., Jury Selection set for 8/27/2018 09:00AM before Judge Rodney Gilstrap., Mediation Completion due by 2/27/2018., Markman Hearing set for 1/30/2018 09:00 AM before Magistrate Judge Roy S. Payne., Motions in Limine due by 7/9/2018., Proposed Pretrial Order due by 7/23/2018. Signed by Magistrate Judge Roy S. Payne on 4/11/2017. (nkl, ) (Entered: 04/12/2017) |
| 04/12/2017 | 43 | ORDER granting 41 Motion for Extension of Time to File Proposed Discovery Order. Signed by Magistrate Judge Roy S. Payne on 4/11/2017. (nkl, ) (Entered: 04/12/2017) |
| 04/12/2017 | 45 | Joint MOTION for Extension of Time to File *Entry of Agreed Discovery Order* by MyMail, Ltd.. (Attachments:<br># 1 Text of Proposed Order)(Ricketts, Michael) (Entered: 04/12/2017) |
| 04/14/2017 | 46 | Joint MOTION re 26 Order, Set Deadlines/Hearings – *Joint Motion for Entry of Discovery Order With Competing Provisions* by MyMail, Ltd.. (Attachments:<br># 1 Text of Proposed Order (Discovery Order With Competing Provisions))(Ricketts, Michael) (Entered: 04/14/2017) |
| 04/17/2017 | 47 | ORDER granting 45 Motion for Extension of Time to File Entry of Agreed Discovery Order. Signed by Magistrate Judge Roy S. Payne on 4/14/2017. (nkl, ) (Entered: 04/17/2017) |
| 04/17/2017 | 48 | DISCOVERY ORDER re 46 Joint MOTION re 26 Order, Set Deadlines/Hearings – *Joint Motion for Entry of Discovery Order With Competing Provisions* filed by MyMail, Ltd... Signed by Magistrate Judge Roy S. Payne on 4/17/2017. (nkl, ) (Entered: 04/17/2017) |
| 04/17/2017 | 49 | Joint MOTION for Extension of Time to File *Proposed Protective Order* by MyMail, Ltd.. (Attachments:<br># 1 Text of Proposed Order)(Ricketts, Michael) (Entered: 04/17/2017) |
| 04/18/2017 | 50 | NOTICE by Comcast Cable Communications, LLC *of Compliance Regarding Initial and Additional Disclosures* (Dacus, Deron) (Entered: 04/18/2017) |
| 04/18/2017 | 51 | NOTICE by MyMail, Ltd. re 44 Order, Terminate Motions, Scheduling Order,,,,,, *Plaintiff's Notice of Compliance Regarding Disclosure of Initial and Additional Disclosures* (Ricketts, Michael) (Entered: 04/18/2017) |
| 04/18/2017 | 52 | NOTICE of Discovery Disclosure by IAC Search & Media, Inc. *Regarding Initial and Additional Disclosures* (Smith, Melissa) (Entered: 04/18/2017) |
| 04/18/2017 | 53 | NOTICE of Discovery Disclosure by ooVoo, LLC *Regarding Initial and Additional Disclosures* (Smith, Melissa) (Entered: 04/18/2017) |
| 04/19/2017 | 54 | Joint MOTION to Dismiss *With Prejudice Panda Distribution Inc. d/b/a Panda Security USA (C.A. No. 2:16−cv−01282−JRG−RSP)* by MyMail, Ltd.. (Attachments:<br># 1 Text of Proposed Order)(Ricketts, Michael) (Entered: 04/19/2017) |
| 04/19/2017 | 55 | ORDER granting 49 Motion for Extension of Time to File Proposed Protective Order. Signed by Magistrate Judge Roy S. Payne on 4/19/2017. (nkl, ) (Entered: 04/19/2017) |
| 04/19/2017 | 56 | Joint MOTION for Extension of Time to File *Proposed Protective Order* by MyMail, Ltd.. (Attachments:<br># 1 Text of Proposed Order)(Ricketts, Michael) (Entered: 04/19/2017) |
| 04/21/2017 | 57 | ORDER granting 56 Motion for Extension of Time to File Proposed Protective Order. Signed by Magistrate Judge Roy S. Payne on 4/21/2017. (nkl, ) (Entered: 04/21/2017) |

| 04/21/2017 | 58 | ORDER granting 54 Joint MOTION to Dismiss *With Prejudice Panda Distribution Inc. d/b/a Panda Security USA (C.A. No. 2:16–cv–01282–JRG–RSP)* filed by MyMail, Ltd.., Panda Distribution, Inc. d/b/a Panda Security USA (Consolidated Civil Action 2:16cv1282) and Panda Distribution, Inc. d/b/a Panda Security USA (Consolidated Civil Action 2:16cv1282) terminated., Attorney Melissa Richards Smith; Donald Whitlow Bivens and Harry Lee Gillam, Jr terminated.. Signed by Magistrate Judge Roy S. Payne on 4/21/2017. (nkl, ) (Entered: 04/21/2017) |
|---|---|---|
| 04/24/2017 | 59 | Joint MOTION for Extension of Time to File *Proposed Protective Order* by Comcast Cable Communications, LLC, IAC Search & Media, Inc., ooVoo, LLC. (Attachments: # 1 Text of Proposed Order)(Dacus, Deron) (Entered: 04/24/2017) |
| 04/25/2017 | 60 | ORDER granting 59 Motion for Extension of Time to File Proposed Protective Order. Signed by Magistrate Judge Roy S. Payne on 4/25/2017. (nkl, ) (Entered: 04/26/2017) |
| 04/26/2017 | 61 | Joint MOTION for Protective Order *Joint Motion for Entry of (DISPUTED) Protective Order* by MyMail, Ltd.. (Attachments: # 1 Text of Proposed Order)(Ricketts, Michael) (Entered: 04/26/2017) |
| 04/28/2017 | 62 | PROTECTIVE ORDER. Signed by Magistrate Judge Roy S. Payne on 4/28/2017. (slo, ) (Entered: 04/28/2017) |
| 05/01/2017 | 63 | Joint MOTION to Amend/Correct *Docket Control Order* by Comcast Cable Communications, LLC, IAC Search & Media, Inc., ooVoo, LLC. (Attachments: # 1 Text of Proposed Order)(Smith, Melissa) (Entered: 05/01/2017) |
| 05/02/2017 | 64 | FIRST AMENDED DOCKET CONTROL ORDER granting 63 Motion to Amend/Correct. Signed by Magistrate Judge Roy S. Payne on 5/2/2017. (ch, ) (Entered: 05/03/2017) |
| 05/23/2017 | 65 | NOTICE of Discovery Disclosure by IAC Search & Media, Inc. *Regarding P.R. 3–3 and 3–4 Disclosures* (Smith, Melissa) (Entered: 05/23/2017) |
| 05/23/2017 | 66 | NOTICE of Discovery Disclosure by ooVoo, LLC *Regarding P.R. 3–3 and 3–4 Disclosures* (Smith, Melissa) (Entered: 05/23/2017) |
| 05/23/2017 | 67 | NOTICE by Comcast Cable Communications, LLC *of Compliance with P.R. 3–3 & 3–4* (Weaver, David) (Entered: 05/23/2017) |
| 05/31/2017 | 68 | ORDER re 16 MOTION to Dismiss *for Improper Venue* filed by IAC Search & Media, Inc.. Signed by Magistrate Judge Roy S. Payne on 05/31/2017. (nkl, ) (Entered: 05/31/2017) |
| 06/08/2017 | 69 | BRIEF filed *Joint Supplemental Brief Regarding TC Heartland's Effect on Defendants' Pending Motions to Dismiss for Improper Venue (Order dated 5/31/17, Dkt 68)* by MyMail, Ltd.. (Attachments: # 1 Text of Proposed Order)(Ricketts, Michael) (Entered: 06/08/2017) |
| 07/11/2017 | 70 | ORDER TRANSFERRING CASE NOS. 2:16–cv–01434–JRG–RSP AND 2:16–CV–01281–JRG–RSP TO THE NORTHERN DISTRICT OF CALIFORNIA re 69 Brief, filed by MyMail, Ltd.. Signed by Magistrate Judge Roy S. Payne on 7/11/2017. (nkl, ) (Entered: 07/12/2017) |